MARCH 28, 1966.

No. 79. CASCADE NATURAL GAS CORP. *v.* EL PASO NATURAL GAS CO. ET AL.;

No. 82. CALIFORNIA *v.* EL PASO NATURAL GAS CO. ET AL.; and

No. 596. SOUTHERN CALIFORNIA EDISON CO. *v.* EL PASO NATURAL GAS CO. ET AL. Appeals from D. C. Utah. (Probable jurisdiction noted, 382 U. S. 970.) Motion of appellee, El Paso Natural Gas Co., to strike portions of the designation of record, and motion of appellants to strike the cross-designation of record, denied without prejudice to the further order of this Court as to costs. *Gregory A. Harrison* and *Atherton Phleger* on the motion for appellee El Paso Natural Gas Co. *William M. Bennett, H. B. Jones, Jr., Rollin E. Woodbury, Harry W. Sturges, Jr.,* and *William E. Marx* on the motion for appellants.

No. 847. KATZENBACH, ATTORNEY GENERAL, ET AL. *v.* MORGAN ET UX.; and

No. 877. NEW YORK CITY BOARD OF ELECTIONS *v.* MORGAN ET UX. Appeals from D. C. D. C. (Probable jurisdiction noted, 382 U. S. 1007.) Motion of the Attorney General of Puerto Rico for leave to participate in oral argument, as *amicus curiae,* granted, and 20 minutes are allotted for that purpose. Twenty additional minutes are allotted to counsel for appellees. *Raphael Hernandez Colon,* Attorney General of Puerto Rico, on the motion.

No. 1317, Misc. POSTELL *v.* WILSON, WARDEN; and

No. 1320, Misc. McLAMB *v.* WILSON, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.